No. 42658.—Protest 980513–G of Zunino-Altman (New York).

Opinion by BROWN, J.   In accordance with stipulation of counsel and on the·authority of Abstract 41608 frosted balls in chief value of paper were held dutiable at 35 percent under paragraph 1413 as claimed.

No. 42659.—Protest 972878–G of New York Merchandise Co. Inc. (New York).

Opinion by BROWN, J.   It was stipulated that the merchandise consists of novelty brushes or so-called fiber whisk brooms, clothes and hat and other brushes, similar to those the subject of Abstract 34593 and United States v. Heinrich (26 C. C. P. A. 292, C. A. D. 30).   The claim at 50 percent under paragraph 1506 was therefore sustained.

No. 42660.—Protest 942763–G of W. A. Gleeson (St. Albans).

Opinion by BROWN, J.   In accordance with stipulation of counsel and on the :authority of Laurence Phillips Lumber Co. v. United States (T. D. 49624) the protest was sustained.

No. 42661.—Protest 913824–G of Greenheart Lumber Co. (Norfolk).

Opinion by BROWN, J.   In accordance with stipulation of counsel and on the authority of Laurence Phillips Lumber Co. v. United States (T. D. 49624) the protest was sustained.

No. 42662.—Protests 979772–G, etc., of R. C. Wehling Co. et al. (New York).

Opinion by BROWN, J.   In accordance with stipulation of counsel and on the authority of Laurence Phillips Lumber Co. v. United States (T. D. 49624) the protests were sustained.

No. 42663.—Protests 994073–G, etc., of Seaboard Lumber Sales Co., Ltd. (New York).

Opinion by BROWN, J.   In accordance with stipulation of counsel and on the authority of Laurence Phillips Lumber Co. v. United States (T. D. 49624) the protests were sustained.

No. 42664.—Petitions 5844–R, etc., of Golding Bros. Co., Inc. (New York).

Opinion by BROWN, J.   On the record it was found that there was no intention to defraud or deceive.   The petitions were therefore granted.   Abstract 39917 followed.